COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH JUDICIAL DISTRICT

---

Rainbow Play Systems, Inc., a
Minnesota corporation,

Court File No. 01/912 DSD/JMM

Plaintiff,

v.

**STIPULATION TO EXTENSION OF TIME TO ANSWER**

Play Mor Swing Sets, d/b/a
Hershberger Lawn Structures, Ltd.,
an Ohio corporation,

Defendant.

---

The parties hereto, through their respective counsel, stipulate to an extension of two weeks in which Defendant may answer or otherwise respond to Plaintiff's Complaint.

**MACKALL, CROUNSE & MOORE, PLC**

Dated: June 19, 2001

Denis E. Grande
Joanne H. Turner
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (facsimile)

**McCOLLUM, CROWLEY, VEHANEN, MOSCHET & MILLER, LTD.**

Dated: June 19, 2001

Robert L. McCollum I.D. #69802
Attorneys for Defendant
7900 Xerxes Avenue South
Suite 1300 Wells Fargo Plaza
Minneapolis, MN 55431
(952) 831-4980

FILED JUN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

JMM
to July 2, 2001

**ORDER**

Based upon the Stipulation of the Parties, Defendant is hereby granted an extension ~~of two weeks~~ in which to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Magistrate Judge John M. Mason