UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH JUDICIAL DISTRICT

---

Rainbow Play Systems, Inc., a Minnesota corporation,

Plaintiff,

v.

Play Mor Swing Sets, d/b/a Hershberger Lawn Structures, Ltd., an Ohio corporation,

Defendant.

Court File No. 01/912 DSD/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above-entitled action has been fully compromised and settled.

**NOW, THEREFORE,** it is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that all claims in this matter are hereby dismissed with prejudice and on the merits and without further cost to any of the parties. It is further stipulated and agreed that any party, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

**MACKALL, CROUNSE & MOORE, PLC**

Dated: October 5, 2001

Joanne H. Turner
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

FILED 10-11-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 10-11-01
Deputy Clerk's Initials

McCOLLUM, CROWLEY, VEHANEN,
MOSCHET & MILLER, LTD.

Dated: October 5, 2001

Robert L. McCollum I.D. #69802
7900 Xerxes Avenue South
Suite 1300 Wells Fargo Plaza
Minneapolis, MN 55431
(952) 831-4980
(952) 831-2942 (facsimile)

**ATTORNEYS FOR DEFENDANT**

**ORDER FOR JUDGMENT AND JUDGMENT**

Based upon the foregoing Stipulation, it is:

HEREBY ORDERED, that the above-captioned action be and the same hereby is dismissed with prejudice, upon the merits, and without costs, disbursements, or attorneys' fees to any party. Judgment shall be entered accordingly.

Dated this 11th day of October, 2001.

**BY THE COURT:**

United States ~~Magistrate~~ Judge ~~John M. Mason~~

LET JUDGMENT BE ENTERED ACCORDINGLY.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500